# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Donna Cooper <br> *Plaintiff* <br> v. <br> Lisa Buffington and The United States Postal Service <br> *Defendant* | ) ) ) ) ) ) Civil Action No.    2:19-cv-03015-BHH |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: Plaintiff, Donna Cooper, shall take nothing of Defendant, Lisa Buffington and The United States Postal Service, as to the complaint filed pursuant to 42 U.S.C. § 1983 and this action is dismissed with prejudice.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Bruce Howe Hendricks, United States District Judge, presiding. The Court having adopted the Report and Recommendation set forth by the Honorable Bristow Marchant, United States Magistrate Judge.

Date:    March 6, 2020                          *ROBIN L. BLUME, CLERK OF COURT*

                                                                      s/Chelsea P-Conner

                                                              *Signature of Clerk or Deputy Clerk*